| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Antoinette Prejean, §
§
      Plaintiff, §
§
versus § Civil Action H-10-1744
§
Greg Abbott, §
§
      Defendant. §

# Opinion on Dismissal

    Antionette Prejean sued Greg Abbott for employment discrimination. Prejean's complaint says that she worked for the Texas Comptroller of Public Accounts. Abbott is the Attorney General of Texas. Prejean does not claim that Abbott employed her or that he had anything to do with her termination. In fact, Prejean's complaint does not mention Abbott at all.

    Federal law prohibits employers from discriminating based on race. Prejean has pleaded that the comptroller was her employer, not Abbott. The complaint states no legal ground for relief.

Signed on July 28, 2010, at Houston, Texas.

 

Lynn N. Hughes
United States District Judge